In the Matter of the Accounting of MARTIN J. KEOGH, as Trustee under the Will of DAVID JONES, Deceased, Respondent.

ATALA W. THAYER et al., Appellants.

*Matter of Keogh*, 112 App. Div. 414, affirmed.
(Argued October 3, 1906; decided October 23, 1906.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered April 20, 1906, which modified and affirmed as modified a decree of the Westchester County Surrogate's Court settling the accounts of Martin J. Keogh as trustee under the will of David Jones, deceased.

*Louis Marshall* and *David McClure* for appellants.

*Walter R. Beach, Charles M. Cannon, Wilfred N. O'Neil* and *Herbert B. Shoemaker* for respondent.

Order affirmed on opinion below, with costs to each party appearing by separate attorney and filing briefs payable out of the estate.

Concur: CULLEN, Ch. J., EDWARD T. BARTLETT, HAIGHT, VANN, WERNER, WILLARD BARTLETT and CHASE, JJ.